# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET BARRON,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-1247 |
| | : | |
| **QUEST DIAGNOSTICS, INC.,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 1st day of March, 2010, upon careful consideration of the defendant's motion for summary judgment (Document #9), and the plaintiff's response thereto (Document # 13), IT IS **HEREBY ORDERED** that defendant's motion is **GRANTED** in part and **DENIED** in part.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.